**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. MC10-28-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Christopher Anthony Williams; et al., | |
| Defendants. | |

Plaintiff United States of America has filed a Motion to Seal (Doc. #1) its *Ex Parte* Application for an Order to Disclose Tax Returns and Return Information as well as this pending Motion and any Order or Orders resulting from such documents. The government asks the Court to seal the Application because it contains sensitive personal information, such as social security numbers and addresses.

Under *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006), a party must show good cause to seal a non-dispositive document. Because the government has stated that its Application contains various personal identifiers, it has met its good cause burden for the Application. But the government has not demonstrated why its Motion to Seal or this Court's Order need to be filed under seal because neither contains any personal identifying information. The Court therefore will not grant the government's request to seal its Motion to Seal or this Order.

Accordingly,

1     IT IS ORDERED Granting in part and Denying in part the Motion to Seal (Doc. #1). The Court will grant the request to file the government's *Ex Parte* Application for an Order to Disclose Tax Returns and Return Information under seal. The Clerk shall file that document under seal. The Court denies the government's request to seal this Motion (Doc. #1) and this Order. The Clerk will not file the Motion or this Order under seal.

    DATED this 24th day of March, 2010.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge